# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

| | |
|---|---|
| SERENA T. ROHRMANN, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. 3:08-cv-01379 (RNC) |
| v. ) | |
| ) | |
| LINDA STRUMPF, HAL SIEGEL, ) | |
| individually and U.S. EQUITIES CORP., ) | |
| ) | |
| ) | |
| Defendants. ) | January 9, 2009 |

## MOTION FOR APPROVAL OF STIPULATION OF SETTLEMENT

The Plaintiff, Serena T. Rohrmann, by her undersigned counsel, hereby moves for approval of a stipulation of settlement of this action. In support of said motion, Plaintiff states as follows:

1. This action was commenced on September 10, 2008. In this action, the Plaintiff asserts claims against the Defendants pursuant to the Fair Debt Collection Practices Act, the Connecticut Unfair Trade Practices Act and for intentional infliction of emotional distress.

2. On October 15, 2008, the Court entered orders (Docket items 10-12) defaulting the Defendants for failure to appear.

3. The Plaintiff has engaged in settlement negotiations with the Defendants, which were successfully concluded by execution of a stipulation of settlement (the "Stipulation"), attached hereto as Exhibit "A." Plaintiff respectfully requests the Court to approve this settlement.

4.    Defendants have tendered to Plaintiff a check for $10,000.00 in accord with the terms of the stipulation. Upon the Court's approval of the Stipulation and the settlement funds clearing, Plaintiff will file a withdrawal with prejudice of this action.

WHEREFORE, Plaintiff respectfully requests that the Court approve the Stipulation.

> THE PLAINTIFF,
> SERENA T. ROHRMANN
> BY HER ATTORNEYS
> CUMMINGS & LOCKWOOD LLC
>
> By: /s/ John F. Carberry
>   John F. Carberry (ct02881)
>   David T. Martin (ct27581)
>   Six Landmark Square
>   Stamford, CT 06901
>   Tel.: 203-327-1700
>   Fax: 203-351-4534
>   E-mail: jcarberry@cl-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2009, a copy of the foregoing MOTION FOR APPROVAL OF STIPULATION OF SETTLEMENT was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system. Parties may access this filing through the court's CM/ECF system.

A copy of the foregoing will be sent by U.S. Mail, first-class, postage prepaid to:

>Linda Strumpf
>244 Colonial Road
>New Canaan, CT  06840

>Hal Siegel
>244 Colonial Road
>New Canaan, CT  06840

>U.S. Equities Corp.
>244 Colonial Road
>New Canaan, CT  06840

/S/ JOHN F. CARBERRY
JOHN F. CARBERRY (ct02881)
Cummings & Lockwood LLC
Six Landmark Square
Stamford, CT  06901
Phone:  203-351-4280
Fax:  203-708-3933
E-mail: jcarberry@cl-law.com

2502744_1.doc 1/9/2009